

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00257-CV

In the **INTEREST OF N.F.R.**, a Child

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02004
Honorable Martha Tanner, Judge Presiding[1]

PER CURIAM

Sitting:        Sandee Bryan Marion, Chief Justice
                Luz Elena D. Chapa, Justice
                Jason Pulliam, Justice

Delivered and Filed:  July 8, 2015

DISMISSED FOR LACK OF JURISDICTION

This is an appeal in a case involving the termination of appellant's parental rights. On February 9, 2015, Associate Judge Charles E. Montemayor signed an order terminating appellant's parental rights. Appellant timely filed a request for a de novo hearing before the referring court. The record reflects a de novo hearing was held before the referring court on April 20, 2015. However, the record does not contain an order or judgment signed by the referring court. When a de novo hearing has been held in the referring court, a signed order or judgment by the referring court is required to invoke the jurisdiction of this court. *See* TEX. FAM. CODE ANN. § 201.016(b) (West 2014).

---

[1] Senior Judge, sitting by assignment

We ordered appellant to either obtain a signed appealable order or judgment from the referring court or to show cause why this appeal should not be dismissed for want of jurisdiction. Counsel for appellant filed a response acknowledging that no final appealable order had been signed by the referring court and asserting this court lacks jurisdiction over the appeal.

We therefore dismiss the appeal for lack of jurisdiction.

PER CURIAM